CORA O'NEILL v. HARRY LERNER.

February 15, 1978. Petition for certification denied. (See 154 *N. J. Super.* 317)

STATE OF NEW JERSEY v. EUGENE URICOLI.

February 15, 1978. Petition for certification denied.

VORNADO, INC. v. HAZLET INN CORP.

February 15, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. WALTER SAXTON.

February 15, 1978. Petition for certification denied.

JAMES CHRISTOPHER FULLER v.
RUTGERS, THE STATE UNIVERSITY.

February 15, 1978. Petition for certification denied. (See 154 *N. J. Super.* 420)

STATE OF NEW JERSEY v. JOSE LUIS QUIROS.

February 15, 1978. Petition for certification denied.